**U.S. Trustee Basic Monthly Operating Report**

Case Name: Arbuckle, Gary Amy         Date Filed: 2/23/2009
Case Number: 08 B 09778               SIC Code: N/A
Month (or portion) covered by this report: January 2009

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS U.S. TRUSTEE BASIC MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE CHAPTER 11 DEBTOR AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

_[signature]_                         2/6/09
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY   DATE REPORT SIGNED

Gary Arbuckle
PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH DEBTOR

The debtor is required to provide financial reports prepared by or for the debtor in addition to the information required by this form. The U.S. Trustee may permit the debtor to eliminate duplicative information. No such permission is valid unless in writing.

QUESTIONNAIRE:

| # | Question | YES | NO |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? (N/A) | | |
| 2. | DID YOU SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? (N/A) | | |
| 3. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | | X |
| 4. | DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | | X |
| 5. | DID YOU PAY ALL YOUR BILLS ON TIME THIS MONTH? | X | |
| 6. | DID YOU PAY YOUR EMPLOYEES ON TIME? (N/A) | | |
| 7. | HAVE YOU FILED ALL OF YOUR RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | X | |
| 8. | DID YOU PAY ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | X | |
| 9. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | | X |
| 10. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | | X |
| 11. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | | X |
| 12. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | X | |

|  |  | Yes | No |
|---|---|---|---|
| N/A | 13. DID YOU DEPOSIT ALL MONEY FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ◯ | ◯ |
| N/A | 14. DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ◯ | ◯ |
| N/A | 15. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ◯ | ◯ |
|  | 16. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE UST? | **(◯)** | ◯ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?    ◯    **(◯)**

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

(Exhibit A)

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. [If you use an automated accounting system, please attach a copy of the Income Statement and Balance Sheet.]

TOTAL INCOME $ __22,139.50__

(Exhibit B)

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS PAID THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. [If you use an automated accounting system, please attach a copy of the Disbursements Journal, otherwise attach a copy of the check register.]

TOTAL EXPENSES __23,696.14__

(Exhibit C)

## CASH PROFIT

INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B)    __22,139.50__

EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C)    __23,696.14__

(Subtract The Total from Exhibit C from the Total of Exhibit B)    CASH PROFIT FOR THE MONTH __−1556.64__

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE.

TOTAL PAYABLES 

(Exhibit D)

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE.

TOTAL RECEIVABLES   N/A

(EXHIBIT E)

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?   N/A

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?   N/A

## PROFESSIONAL FEES

TOTAL PROFESSIONAL FEES APPROVED BY THE COURT DURING THIS REPORTING PERIOD?   N/A  $9,755.75

TOTAL PROFESSIONAL FEES APPROVED BY THE COURT SINCE THE FILING OF THE CASE?   N/A  $17,827.75

TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR DURING THIS REPORTING PERIOD?   N/A

TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR SINCE THE FILING OF THE CASE?   N/A

PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR RELATED TO BANKRUPTCY DURING THIS REPORTING PERIOD?   N/A

PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR RELATED TO BANKRUPTCY SINCE THE FILING OF THE CASE?   N/A  $17,827.75

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME, EXPENSES AND THE CASH PROFIT TO THE PROJECTIONS FOR THE FIRST 180-DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

PROJECTED INCOME FOR THE MONTH: 21,638.52

ACTUAL INCOME FOR THE MONTH (EXHIBIT B): 22,139.50

DIFFERENCE BETWEEN PROJECTED AND ACTUAL INCOME: 500.98

PROJECTED EXPENSES FOR THE MONTH: 20,365

TOTAL ACTUAL EXPENSES FOR THE MONTH (EXHIBIT C): 23,696.14

DIFFERENCE BETWEEN PROJECTED AND ACTUAL EXPENSES: 3331.14

PROJECTED CASH PROFIT FOR THE MONTH: 1273.52

ACTUAL CASH PROFIT FOR THE MONTH
(TOTAL FROM EXHIBIT B MINUS TOTAL FROM EXHIBIT C): -1556.64

DIFFERENCE BETWEEN PROJECTED AND ACTUAL CASH PROFIT: -2830.16

[If actual cash profit was 90% or less of projected cash profit, please attach a detailed written explanation.]

EXHIBIT G

| Date | Description | Check # | Amount | Credit |
|---|---|---|---|---|
| 01/02/2009 | PARK IL | | $15.90 | |
| 01/02/2009 | Master Money Purchase SPEEDWAY 08595 LISLISLE IL | | $37.29 | |
| 01/02/2009 | Master Money Purchase JIMMY JOHN'S LISLE IL | | $49.00 | |
| 01/02/2009 | Point Of Sale Debit Dominicks Stor RIVER FOREST IL | | $55.68 | |
| 01/02/2009 | Point Of Sale Debit GAMESTOP #2289 ELMWOOD PARK IL | | $114.04 | |
| 01/02/2009 | Point Of Sale Debit VZWRLSS DEBITMA VIWARREN NJ | | $329.21 | |
| 01/02/2009 | Foreign ATM or POS Fee POS FEE | | $0.35 | |
| 01/02/2009 | Foreign ATM or POS Fee POS FEE | | $0.35 | |
| 01/02/2009 | ATM or POS Credit POS FEE REVERSAL REVERSAL | | | $0.35 |
| 01/02/2009 | ATM or POS Credit POS REVERSAL | | | $164.99 |
| 12/31/2008 | Master Money Purchase KIEHL'S-WOODFIELD SCHAUMBURG IL | | $29.70 | |
| 12/31/2008 | Check | 2561 | $140.31 | |
| 12/31/2008 | Direct Deposit Fox Television S 7313802005 | | | $3,911.72 |
| 12/30/2008 | Master Money Purchase TEMPTATION II CHICAGO IL | | $16.87 | |
| 12/30/2008 | Preauthorized Debit AQUA UTIL PAYMT | | $29.35 | |
| 12/30/2008 | Point Of Sale Debit Dominicks Stor RIVER FOREST IL | | $49.19 | |
| 12/30/2008 | Master Money Purchase BORDERS BKS&MU0100OAK PARK IL | | $69.72 | |
| 12/30/2008 | Preauthorized Debit ALLSTATE INS CO INS PREM | | $176.45 | |
| 12/30/2008 | Check | 2562 | $188.34 | |
| 12/30/2008 | DDA CHECK | 2563 | $1,077.53 | |
| 12/30/2008 | Foreign ATM or POS Fee POS FEE | | $0.35 | |
| 12/29/2008 | Point Of Sale Debit 7-ELEVEN CHICAGO IL | | $3.39 | |
| 12/29/2008 | Master Money Purchase BURGER KING #6374 WHEATON IL | | $6.67 | |
| 12/29/2008 | Point Of Sale Debit CVS 3674 Chicago IL | | $12.38 | |
| 12/29/2008 | Point Of Sale Debit TOYS R US MELROSE IL | | $27.37 | |
| 12/29/2008 | Master Money Purchase NORTH AND FIFTH MELROSE PARK IL | | $33.96 | |
| 12/29/2008 | Point Of Sale Debit NORDSTROM 274 CHICAGO IL | | $36.35 | |
| 12/29/2008 | Point Of Sale Debit JEWEL NAPERVILLE IL | | $39.95 | |
| 12/29/2008 | Point Of Sale Debit SEARS ROEBUCK CHICAGO IL | | $62.24 | |
| 12/29/2008 | Point Of Sale Debit Wal-Mart Store NORTHLAKE IL | | $96.83 | |
| 12/29/2008 | DDA CHECK | 2564 | $108.00 | |
| 12/29/2008 | Point Of Sale Debit Dominicks Stor RIVER FOREST IL | | $178.38 | |
| 12/29/2008 | Check | 2560 | $211.60 | |
| 12/29/2008 | Preauthorized Debit WELLS FARGO CCG CCGPYMT | | $1,000.00 | |
| 12/29/2008 | Foreign ATM or POS Fee POS FEE | | $0.35 | |
| 12/29/2008 | Foreign ATM or POS Fee POS FEE | | $0.35 | |
| 12/29/2008 | Foreign ATM or POS Fee POS FEE | | $0.35 | |
| 12/29/2008 | Foreign ATM or POS Fee POS FEE | | $0.35 | |
| 12/29/2008 | Foreign ATM or POS Fee POS FEE | | $0.35 | |
| 12/29/2008 | Foreign ATM or POS Fee POS FEE | | $0.35 | |
| 12/29/2008 | Foreign ATM or POS Fee POS FEE | | $0.35 | |



| VIEW ACCOUNTS | PAY BILLS | TRANSFER FUNDS | CUSTOMER S |
| Account History | eStatements | Update Account Inform | |

ONLINE BANKING: Logout

- Help
- Message Center

# Account History

Customize the Account History view or view a different account by using the Account, Dates to View and Transactions to View filters below.

**Account:** Basic Checking - xxxxxx5347 - $29,699.64

**Dates to View:** All Dates ...

**Transactions to View:** All Transactions

eStatements
- View eStatemen
- Go Paperless

Transaction Data
- Download Accou

Available Balance: $29,699.64   Last Statement Balance: $28,947.72
Last Deposit Amount: $3,493.12  Last Statement Date: 01/20/2009
Last Deposit Date: 02/05/2009   Last Activity Date: 02/05/2009

< Previous Page                                        View Next Page of Trans

### Transactions

| Date | Description | Ref.#-Chk.# | Debits | Credits |
|---|---|---|---|---|
| 01/06/2009 | Foreign ATM or POS Fee POS FEE | | $0.35 | |
| 01/05/2009 | Master Money Purchase NOODLES & CO 629 CHICAGO IL | | $3.07 | |
| 01/05/2009 | Master Money Purchase NOODLES & CO 629 CHICAGO IL | | $4.74 | |
| 01/05/2009 | Master Money Purchase CINEMARK USA MELROSE PARK IL | | $18.00 | |
| 01/05/2009 | Point Of Sale Debit Dominicks Stor RIVER FOREST IL | | $18.04 | |
| 01/05/2009 | Point Of Sale Debit Dominicks Stor RIVER FOREST IL | | $21.42 | |
| 01/05/2009 | Master Money Purchase CINEMARK USA MELROSE PARK IL | | $22.50 | |
| 01/05/2009 | Point Of Sale Debit Staples, Inc. NAPERVILLE IL | | $28.95 | |
| 01/05/2009 | Point Of Sale Debit THE SPORTS AUT CHICAGO IL | | $73.81 | |
| 01/05/2009 | ATM Withdrawal 259 LAKE ST OAK PARK IL | | $103.00 | |
| 01/05/2009 | Master Money Purchase VZWRLSS*MW M6811-0800-922-0204 GA | | $131.99 | |
| 01/05/2009 | Preauthorized Debit FACTS/ST GILES S 1/05/09-1 | | $159.37 | |
| 01/05/2009 | DDA CHECK | 2559 | $1,425.00 | |
| 01/05/2009 | Foreign ATM or POS Fee POS FEE | | $0.35 | |
| 01/05/2009 | Foreign ATM or POS Fee POS FEE | | $0.35 | |
| 01/05/2009 | Foreign ATM or POS Fee POS FEE | | $0.35 | |
| 01/05/2009 | Foreign ATM or POS Fee POS FEE | | $0.35 | |
| 01/05/2009 | Foreign ATM or POS Fee ATM FEE | | $2.00 | |
| 01/02/2009 | DDA CHECK | 2539 | $12.50 | |
| | Master Money Purchase NEW ONE HOUR CLEANOAK | | | |

| Date | Description | Check # | Amount | |
|---|---|---|---|---|
| 01/07/2009 | Master Money Purchase SENDOUTCARDS 801-4633800 UT | | $33.25 | |
| 01/07/2009 | Master Money Purchase FASHION NAILS CHICAGO IL | | $80.00 | |
| 01/07/2009 | Master Money Purchase CURRIE MOTORS FOREFOREST PARK IL | | $324.03 | |
| 01/07/2009 | DDA CHECK | 2565 | $2,000.00 | |
| 01/06/2009 | Master Money Purchase MICHIGAN PLAZA CHICAGO IL | | $17.00 | |
| 01/06/2009 | Point Of Sale Debit COSTCO WHSE #0 OAK BROOK IL | | $131.39 | |

< Previous Page                                                                                                  View Next Page of Trar

Items listed have posted to your account. Items resulting in a non-sufficient funds situation may not have been paid.

For Customer Service please call us at 1-800-656-6561.                    Member FDIC    Equal Housin

Privacy & Security | Terms of Use | Citizens Bank Online Guarantee ™    © 2007 Citizens Financial Group. All Rights R

Citizens Bank is a brand name of RBS Citizens, N.A. and Citizens Bank of Pennsylvania. Citizens Bank is a division of RBS Cit
N.A. and Citizens Bank accounts and other RBS Citizens, N.A. accounts are not separately insured by the FDIC. Citizens Bank
Pennsylvania is not part of RBS Citizens, N.A.

https://www2.citizensbankonline.com/efs/servlet/efsonline/paged-account-history.jsp?curPa...    2/6/2009

| Date | Description | Check # | Amount | Balance |
|---|---|---|---|---|
| 01/13/2009 | Foreign ATM or POS Fee ATM FEE | | $2.00 | |
| 01/12/2009 | Master Money Purchase MCDONALD'S M4918 NAPERVILLE IL | | $3.57 | |
| 01/12/2009 | Master Money Purchase BURGER KING #147 GLEN ELLYN IL | | $4.08 | |
| 01/12/2009 | Master Money Purchase ACAIBURN 800-6593588 IA | | $4.95 | |
| 01/12/2009 | Point Of Sale Debit 7-ELEVEN RIVER FOREST IL | | $5.98 | |
| 01/12/2009 | Check | 2570 | $6.15 | |
| 01/12/2009 | Check | 2569 | $6.15 | |
| 01/12/2009 | Check | 2574 | $6.45 | |
| 01/12/2009 | Check | 2572 | $6.45 | |
| 01/12/2009 | Check | 2567 | $6.45 | |
| 01/12/2009 | Master Money Purchase POMPEI OAK PARK RIVER FOREST IL | | $10.36 | |
| 01/12/2009 | Master Money Purchase SPEEDWAY 08595 LISLISLE IL | | $38.00 | |
| 01/12/2009 | Point Of Sale Debit CVS 4781 Chicago IL | | $50.12 | |
| 01/12/2009 | Point Of Sale Debit RADIO SHACK OAK PARK IL | | $109.99 | |
| 01/12/2009 | Master Money Purchase PARK DISTRICT OF O7083830002 IL | | $110.00 | |
| 01/12/2009 | DDA CHECK | 2577 | $140.00 | |
| 01/12/2009 | DDA CHECK | 2579 | $200.00 | |
| 01/12/2009 | Point Of Sale Debit Dominicks Stor RIVER FOREST IL | | $220.04 | |
| 01/12/2009 | Master Money Purchase PARK DISTRICT OF O7083830002 IL | | $271.00 | |
| 01/12/2009 | Check | 2583 | $303.99 | |
| 01/12/2009 | Preauthorized Debit Daimler Chrysler CHECK PYMT 011109 CHECK # 0000002568 | 2568 | $449.31 | |
| 01/12/2009 | Foreign ATM or POS Fee POS FEE | | $0.35 | |
| 01/12/2009 | Foreign ATM or POS Fee POS FEE | | $0.35 | |
| 01/12/2009 | Foreign ATM or POS Fee POS FEE | | $0.35 | |
| 01/12/2009 | Foreign ATM or POS Fee POS FEE | | $0.35 | |
| 01/09/2009 | Master Money Purchase MCDONALD'S M4918 NAPERVILLE IL | | $4.65 | |
| 01/09/2009 | Check | 2573 | $6.45 | |
| 01/09/2009 | Check | 2571 | $6.45 | |
| 01/09/2009 | Master Money Purchase SNAPFISH 800-6344500 CA | | $13.76 | |
| 01/09/2009 | Master Money Purchase MICHIGAN PLAZA CHICAGO IL | | $129.00 | |
| 01/09/2009 | Master Money Purchase PARK DISTRICT OF O7083830002 IL | | $162.00 | |
| 01/09/2009 | Point Of Sale Debit COSTCO WHSE #0 OAK BROOK IL | | $164.04 | |
| 01/09/2009 | Foreign ATM or POS Fee POS FEE | | $0.35 | |
| 01/08/2009 | Point Of Sale Debit 7-ELEVEN FOREST PARK IL | | $37.73 | |
| 01/08/2009 | ATM Withdrawal 6729 WEST NORTH AVOAK PARK IL | | $300.00 | |
| 01/08/2009 | Foreign ATM or POS Fee POS FEE | | $0.35 | |
| 01/08/2009 | Direct Deposit Fox Television S 7313802005 | | | $3,511.37 |
| 01/07/2009 | Master Money Purchase SUBWAY 0002NAPERVILLE IL | | $6.80 | |

| Date | Description | Check # | Debit | Credit | |
|---|---|---|---|---|---|
| 01/20/2009 | Master Money Purchase PAUL REHDER SALON CHICAGO IL | | $260.00 | | ; |
| 01/20/2009 | Point Of Sale Debit COSTCO WHSE #0 OAK BROOK IL | | $272.37 | | ; |
| 01/20/2009 | Foreign ATM or POS Fee POS FEE | | $0.35 | | ; |
| 01/20/2009 | Foreign ATM or POS Fee POS FEE | | $0.35 | | ; |
| 01/20/2009 | Foreign ATM or POS Fee POS FEE | | $0.35 | | ; |
| 01/20/2009 | Foreign ATM or POS Fee POS FEE | | $0.35 | | ; |
| 01/20/2009 | Foreign ATM or POS Fee POS FEE | | $0.35 | | ; |
| 01/20/2009 | Foreign ATM or POS Fee POS FEE | | $0.35 | | ; |
| 01/20/2009 | Foreign ATM or POS Fee ATM FEE | | $2.00 | | ; |
| 01/20/2009 | MMC Return MMC RETURN S01 | | | $32.36 | ; |
| 01/20/2009 | MMC Return MMC RETURN S01 | | | $131.99 | ; |
| 01/20/2009 | Deposit | | | $375.00 | ; |
| 01/16/2009 | Master Money Purchase WENDYS #0753 NAPERVILLE IL | | $3.22 | | ; |
| 01/16/2009 | Master Money Purchase MCDONALD'S F6749 RIVER FOREST IL | | $3.59 | | ; |
| 01/16/2009 | Master Money Purchase MCDONALD'S M4918 NAPERVILLE IL | | $3.78 | | ; |
| 01/16/2009 | Point Of Sale Debit 7-ELEVEN CHICAGO IL | | $10.71 | | ; |
| 01/16/2009 | ATM Withdrawal 1000 N RUSH CHICAGO IL | | $42.00 | | ; |
| 01/16/2009 | DDA CHECK | 2582 | $75.54 | | ; |
| 01/16/2009 | Foreign ATM or POS Fee POS FEE | | $0.35 | | ; |
| 01/16/2009 | Foreign ATM Inquiry Fee BALANCE INQUIRY | | $2.00 | | ; |
| 01/16/2009 | Foreign ATM or POS Fee ATM FEE | | $2.00 | | ; |
| 01/15/2009 | Master Money Purchase WENDYS #2057 MELROSE PARK IL | | $6.33 | | ; |
| 01/15/2009 | Point Of Sale Debit Thornton #018 Forest Park IL | | $30.88 | | ; |
| 01/15/2009 | Check | 2566 | $132.38 | | ; |
| 01/15/2009 | ATM Withdrawal 6729 WEST NORTH AVOAK PARK IL | | $320.00 | | ; |
| 01/15/2009 | DDA CHECK | 2575 | $1,793.00 | | ; |
| 01/15/2009 | DDA CHECK | 2576 | $5,756.66 | | ; |
| 01/15/2009 | Foreign ATM or POS Fee POS FEE | | $0.35 | | ; |
| 01/15/2009 | Direct Deposit Fox Television S 7313802005 | | | $3,475.02 | ; |
| 01/15/2009 | Deposit | | | $7,613.19 | ; |
| 01/14/2009 | Master Money Purchase CVS PHARMACY #4781CHICAGO IL | | $2.03 | | ; |
| 01/14/2009 | Master Money Purchase MCDONALD'S M4918 NAPERVILLE IL | | $3.78 | | ; |
| 01/14/2009 | Master Money Purchase INF*INFOUSA 402-537-7933 NE | | $24.14 | | ; |
| 01/14/2009 | Master Money Purchase XANGO 801-816-8250 UT | | $122.86 | | ; |
| 01/13/2009 | ATM Withdrawal 225 N. MICHIGAN AVCHICAGO IL | | $22.50 | | ; |
| 01/13/2009 | ATM Withdrawal 6800 W. NORTH AVE CHICAGO IL | | $300.00 | | ; |
| 01/13/2009 | Preauthorized Debit WFHM MORTGAGE CHECKPAYMT 011209 CHECK # 0000002581 | 2581 | $1,299.21 | | ; |
| 01/13/2009 | DDA CHECK | 2584 | $1,425.00 | | ; |



| VIEW ACCOUNTS | PAY BILLS | TRANSFER FUNDS | CUSTOMER S |
| Account History | eStatements | Update Account Inform | |

ONLINE BANKING: Logout

- Help
- Message Center

# Account History

Customize the Account History view or view a different account by using the Account, Dates to View and Transactions to View filters below.

eStatements
- View eStatemen
- Go Paperless

**Account:** Basic Checking - xxxxxx5347 - $29,699.64

**Dates to View:** All Dates ...

**Transactions to View:** All Transactions

Transaction Data
- Download Accou

Available Balance: $29,699.64  Last Statement Balance: $28,947.72
Last Deposit Amount: $3,493.12 Last Statement Date: 01/20/2009
Last Deposit Date: 02/05/2009  Last Activity Date: 02/05/2009

< Previous Page                                                       View Next Page of Trans

### Transactions

| Date | Description | Ref.#-Chk.# | Debits | Credits |
|---|---|---|---|---|
| 01/21/2009 | DDA CHECK | 2580 | $350.00 | |
| 01/20/2009 | Service Charge | | $1.80 | |
| 01/20/2009 | Service Charge | | $6.00 | |
| 01/20/2009 | Point Of Sale Debit Thornton #018 Forest Park IL | | $4.08 | |
| 01/20/2009 | Point Of Sale Debit Dominicks Stor RIVER FOREST IL | | $5.11 | |
| 01/20/2009 | Point Of Sale Debit CVS 4781 Chicago IL | | $5.50 | |
| 01/20/2009 | Master Money Purchase NOODLES & CO 629 CHICAGO IL | | $8.37 | |
| 01/20/2009 | Point Of Sale Debit Dominicks Stor RIVER FOREST IL | | $11.05 | |
| 01/20/2009 | Master Money Purchase MCDONALD'S F6749 RIVER FOREST IL | | $13.93 | |
| 01/20/2009 | Master Money Purchase CINEMARK USA MELROSE PARK IL | | $14.75 | |
| 01/20/2009 | Master Money Purchase GUNZO'S RIVER FORERIVER FOREST IL | | $20.54 | |
| 01/20/2009 | Master Money Purchase KEI*KINGSISLEWIZAR512-623-5983 TX | | $25.00 | |
| 01/20/2009 | Master Money Purchase CINEMARK USA MELROSE PARK IL | | $27.50 | |
| 01/20/2009 | Point Of Sale Debit Dominicks Stor OAK PARK IL | | $31.61 | |
| 01/20/2009 | Master Money Purchase BP 32697 WESTCHESTER IL | | $40.00 | |
| 01/20/2009 | ATM Withdrawal 233 E Wacker Dr Chicago IL | | $42.50 | |
| 01/20/2009 | Master Money Purchase PORTILLO'S #10 NAPERVILLE IL | | $44.14 | |
| 01/20/2009 | Master Money Purchase PAUL REHDER SALON CHICAGO IL | | $65.05 | |

https://www2.citizensbankonline.com/efs/servlet/efsonline/paged-account-history.jsp?curPa...   2/6/2009



| Date | Description | | Amount | |
|---|---|---|---|---|
| 01/22/2009 | Master Money Purchase CVS PHARMACY #4781CHICAGO IL | | $29.37 | |
| 01/22/2009 | Master Money Purchase JCPENNEY STORE 194SCHAUMBURG IL | | $119.27 | |
| 01/22/2009 | Direct Deposit Fox Television S 7313802005 | | | $3,493.20 |
| 01/21/2009 | DDA CHECK | 2523 | $4.27 | |
| 01/21/2009 | Master Money Purchase PONTE FRESCO CHICAGO IL | | $12.78 | |

View Next Page of Tran

Items listed have posted to your account. Items resulting in a non-sufficient funds situation may not have been paid.

For Customer Service please call us at 1-800-656-6561.      Member FDIC   Equal Housin

Privacy & Security | Terms of Use | Citizens Bank Online Guarantee ™     © 2007 Citizens Financial Group. All Rights R

Citizens Bank is a brand name of RBS Citizens, N.A. and Citizens Bank of Pennsylvania. Citizens Bank is a division of RBS Cit N.A. and Citizens Bank accounts and other RBS Citizens, N.A. accounts are not separately insured by the FDIC. Citizens Bank Pennsylvania is not part of RBS Citizens, N.A.

| Date | Description | Check # | Amount | Credit |
|---|---|---|---|---|
| 01/28/2009 | Preauthorized Debit ALLSTATE INS CO INS PREM | | $175.44 | |
| 01/28/2009 | Foreign ATM or POS Fee POS FEE | | $0.35 | |
| 01/28/2009 | Foreign ATM or POS Fee POS FEE | | $0.35 | |
| 01/28/2009 | Foreign ATM or POS Fee POS FEE | | $0.35 | |
| 01/27/2009 | Master Money Purchase ARAMARK OFFICE MAXNAPERVILLE IL | | $3.65 | |
| 01/27/2009 | Master Money Purchase GUNZO'S RIVER FORERIVER FOREST IL | | $14.17 | |
| 01/27/2009 | Point Of Sale Debit JIFFY LUBE #25 NAPERVILLE IL | | $90.11 | |
| 01/27/2009 | Foreign ATM or POS Fee POS FEE | | $0.35 | |
| 01/27/2009 | MMC Return MMC RETURN S01 | | | $14.17 |
| 01/26/2009 | Point Of Sale Debit 7-ELEVEN RIVER FOREST IL | | $3.47 | |
| 01/26/2009 | Master Money Purchase WEB ACCESS 866-2796513 IA | | $4.95 | |
| 01/26/2009 | Master Money Purchase ETHEL M CHOCOLATESCHICAGO IL | | $6.14 | |
| 01/26/2009 | Master Money Purchase NOODLES & CO 629 CHICAGO IL | | $13.94 | |
| 01/26/2009 | Master Money Purchase OGDEN PHILLIPS1003NAPERVILLE IL | | $17.56 | |
| 01/26/2009 | Point Of Sale Debit CVS 4781 Chicago IL | | $22.70 | |
| 01/26/2009 | Point Of Sale Debit Staples, Inc. ELMWOOD PARK IL | | $41.22 | |
| 01/26/2009 | Point Of Sale Debit EXXONMOBIL NAPERVIL IL | | $41.46 | |
| 01/26/2009 | ATM Withdrawal 225 N. MICHIGAN AVCHICAGO IL | | $62.50 | |
| 01/26/2009 | Master Money Purchase FRAGRANCE FAIR, INCHICAGO IL | | $78.12 | |
| 01/26/2009 | Point Of Sale Debit TARGET T0837 M Melrose Park IL | | $97.93 | |
| 01/26/2009 | ATM Withdrawal 1107 E. OGDEN NAPERVILLE IL | | $102.00 | |
| 01/26/2009 | Point Of Sale Debit NORDSTROM 274 CHICAGO IL | | $122.10 | |
| 01/26/2009 | DDA CHECK | 2585 | $275.00 | |
| 01/26/2009 | Foreign ATM or POS Fee POS FEE | | $0.35 | |
| 01/26/2009 | Foreign ATM or POS Fee POS FEE | | $0.35 | |
| 01/26/2009 | Foreign ATM or POS Fee POS FEE | | $0.35 | |
| 01/26/2009 | Foreign ATM or POS Fee POS FEE | | $0.35 | |
| 01/26/2009 | Foreign ATM or POS Fee POS FEE | | $0.35 | |
| 01/26/2009 | Foreign ATM or POS Fee POS FEE | | $0.35 | |
| 01/26/2009 | Foreign ATM or POS Fee ATM FEE | | $2.00 | |
| 01/26/2009 | Foreign ATM or POS Fee ATM FEE | | $2.00 | |
| 01/23/2009 | Master Money Purchase KBJ INC OAK PARK IL | | $0.05 | |
| 01/23/2009 | Master Money Purchase WENDYS #0854 SCHAUMBURG IL | | $6.23 | |
| 01/23/2009 | Master Money Purchase CANDY WORLD SCHAUMBURG IL | | $7.13 | |
| 01/23/2009 | Master Money Purchase DAY BY DAY 0205CALUMET CITY IL | | $13.20 | |
| 01/23/2009 | Master Money Purchase KBJ INC OAK PARK IL | | $37.70 | |
| 01/23/2009 | Master Money Purchase THE BUCKLE 348 SCHAUMBURG IL | | $161.15 | |
| 01/23/2009 | ATM Withdrawal 6729 WEST NORTH AVOAK PARK IL | | $500.00 | |
| 01/22/2009 | Master Money Purchase JAMBA JUICE #630 CHICAGO IL | | $6.63 | |

| Date | Description | Amount | Deposit |
|---|---|---|---|
| 02/03/2009 | Master Money Purchase AMERICAN LUNG ASSN7025664725 NV | $50.00 | |
| 02/03/2009 | Master Money Purchase ACAIBURN 8007127222 | $59.95 | |
| 02/03/2009 | Master Money Purchase LAKESHORE ATHLETICCHICAGO IL | $135.00 | |
| 02/03/2009 | Master Money Purchase LAKESHORE ATHLETICCHICAGO IL | $172.00 | |
| 02/03/2009 | Foreign ATM or POS Fee EXCHANGE FEE | $1.67 | |
| 02/02/2009 | Master Money Purchase TRANSACTION FEE 8007127222 | $1.00 | |
| 02/02/2009 | Master Money Purchase WENDYS #0753 NAPERVILLE IL | $6.48 | |
| 02/02/2009 | Master Money Purchase MONKEY ISLAND MELROSE PARK IL | $8.70 | |
| 02/02/2009 | Master Money Purchase WENDYS #2057 MELROSE PARK IL | $13.92 | |
| 02/02/2009 | Master Money Purchase NEW ONE HOUR CLEANOAK PARK IL | $32.60 | |
| 02/02/2009 | Master Money Purchase FOREST PARK AMOCO FOREST PARK IL | $36.37 | |
| 02/02/2009 | Point Of Sale Debit BEDBATH&BEYOND#079FOREST PARK IL | $43.78 | |
| 02/02/2009 | Point Of Sale Debit TARGET T0837 M Melrose Park IL | $60.56 | |
| 02/02/2009 | Master Money Purchase NATIONAL CAR RENTAHUNTSVILLE AL | $69.98 | |
| 02/02/2009 | ATM Withdrawal 6729 WEST NORTH AVOAK PARK IL | $400.00 | |
| 02/02/2009 | Foreign ATM or POS Fee EXCHANGE FEE | $0.03 | |
| 02/02/2009 | Foreign ATM or POS Fee POS FEE | $0.35 | |
| 02/02/2009 | Foreign ATM or POS Fee POS FEE | $0.35 | |
| 01/30/2009 | Master Money Purchase PORTILLO'S #10 NAPERVILLE IL | $14.58 | |
| 01/30/2009 | Master Money Purchase AMERICAN CHICAGO IL | $15.00 | |
| 01/30/2009 | Point Of Sale Debit Dominicks Stor RIVER FOREST IL | $68.92 | |
| 01/30/2009 | Foreign ATM or POS Fee POS FEE | $0.35 | |
| 01/29/2009 | Master Money Purchase WENDYS #0753 NAPERVILLE IL | $6.48 | |
| 01/29/2009 | Master Money Purchase HEY SUSHI CHICAGO IL | $6.65 | |
| 01/29/2009 | Master Money Purchase SUBWAY 0002NAPERVILLE IL | $8.01 | |
| 01/29/2009 | Point Of Sale Debit CVS 4781 Chicago IL | $11.93 | |
| 01/29/2009 | Master Money Purchase FASHION NAILS CHICAGO IL | $50.00 | |
| 01/29/2009 | Foreign ATM or POS Fee POS FEE | $0.35 | |
| 01/29/2009 | Direct Deposit Fox Television S 7313802005 | | $3,493.12 |
| 01/28/2009 | Master Money Purchase PONTE FRESCO CHICAGO IL | $4.40 | |
| 01/28/2009 | Master Money Purchase WENDYS #1060 OAK PARK IL | $9.15 | |
| 01/28/2009 | Master Money Purchase CAFE TYPHOON CHICAGO IL | $9.20 | |
| 01/28/2009 | Preauthorized Debit AQUA UTIL PAYMT | $27.36 | |
| 01/28/2009 | Point Of Sale Debit SHELL Service RIVER FOREST IL | $35.82 | |
| 01/28/2009 | ATM Withdrawal 6729 WEST NORTH AVOAK PARK IL | $60.00 | |
| 01/28/2009 | Point Of Sale Debit COSTCO WHSE #0 OAK BROOK IL | $113.43 | |
| 01/28/2009 | Point Of Sale Debit JEWEL RIVER FOREST IL | $172.43 | |