IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMY ARBUCKLE and | ) | Case No. 08 B 09778 |
| GARY ARBUCKLE, | ) | |
| Debtors. | ) | Judge Pamela Hollis |
| | ) | |
| | ) | Hearing: 5/26/09 at 10:30 a.m. |

**ORDER CONFIRMING DEBTORS' FIRST AMENDED PLAN OF REORGANIZATION**

THIS CAUSE coming on to be heard upon the hearing to consider confirmation of the First Amended Plan of Reorganization dated April 2, 2009 (the "Plan"), filed by the Debtors and Debtors in Possession Amy and Gary Arbuckle (the "Debtors"), copies of the Plan and Disclosure Statement having been transmitted to creditors and parties in interest; and the Court having determined after notice and a hearing that the Plan satisfies the requirements for confirmation set forth in 11 U.S.C. § 1129, it is hereby ordered that:

1. The Plan is hereby confirmed.

2. A post-confirmation status conference on the Plan is hereby set for _November 19, 2009_, at _10:30_ _am_.

Dated: MAY 26 2009

BY THE COURT:

_____
The Honorable Pamela Hollis
United States Bankruptcy Judge

Forrest L. Ingram, Esq.
Peter L. Berk, Esq.
79 West Monroe, Suite 900
Chicago, IL 60603-4907
(312)759-2838