## U. S. TRUSTEE QUARTERLY FEE STATEMENT
Pursuant to Fed. R. Bankr. P. 2015(a)(5)

CASE NAME: Arbuckle, Gary + Amy    CASE NO.: 08B09778

FOR CALENDAR QUARTER ENDING June 30, 2009

### DISBURSEMENTS*

1.  

| MONTH | DISBURSEMENTS |
|---|---|
| April, 09 | $ 18,662.11 |
| May, 09 | $ 21,430.98 |
| June, 09 | $ 21,728.89 |
| TOTAL DISBURSEMENTS FOR QUARTER | $ 61,821.98 |

2. QUARTERLY FEE OWED PURSUANT TO 28 U.S.C. §1930(A)(6)   $ 650.—

3. QUARTERLY FEE PAID (Attach proof of payment)   $ 972.86

4. AMOUNT OF UNPAID FEES (IF ANY)   $ -322.86 - (CREDIT)

I, Gary Arbuckle _____ acting as the duly authorized agent for the Debtor In Possession (Trustee) (Plan Administrator) declare under penalty of perjury under the laws of the United States that I have read and certify that the figures, statements, disbursement itemizations, and account balances as listed in this U.S. Trustee Quarterly Fee Statement are true and correct as of the date of this report to the best of my knowledge, information and belief.

DATED: 7/15/09

For the Debtor In Possession (Trustee) (Plan Administrator)

(Print or type name and capacity of person signing this Declaration).    GARY ARBUCKLE
PLAN ADMIN.

* For periods subsequent to plan confirmation, this includes payments pursuant to the confirmed plan as well as all other disbursements.

EXHIBIT "D"

**Check Image**

```
*031000040*
02/09/2009
6115793168
```

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

`C0410156720  041015674993879  02/06/2009`

Amy F Arbuckle
Gary R Arbuckle
908 Linden Ave
Oak Park, IL 60302
708-434-5561

3   01-03   3-7615/250   2592

2/1/ 20 09

PAY TO THE ORDER OF  U.S. Trustee Payment Center   $ 972.86

Nine hundred seventy two .86/100 ———— DOLLARS

Citizens Bank
Pennsylvania

FOR Acc# 5210809778              /s/ Amy Arb.

⑇036076150⑇  6204395347⑊  2592

⑈2592⑈   ⑇036076150⑇   6204395347⑊   ⑈0000097286⑈

[Close]  [Show Back]

This is an image of an item (check, substitute check, or debit memo) which has posted to your account. Items resulting in a non-sufficient funds situation may not have been paid. Unpaid items will show as a credit item in your account history on the business date following the date the item was presented.